**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| FOX SUBACUTE AT CLARA BURKE AND DEBBIE MCCOY, MAIN LINE HOSPITALS INC., BRYN MAWR HOSPITAL, LISA MARCUCCI, M.D., | : No. 254 MAL 2015<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| Respondents | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| JAMES D. SCHNELLER, | : |
| | : |
| Petitioner | : |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 4th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.